IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Slawson, Michael A

Printed: 12/19/07

Case Number: 07 B 14763
Judge: Squires, John H

Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 7, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Home Mtg Servicing | Secured | 0.00 | 0.00 |
| 2. | Harris Trust & Savings Bank | Secured | 13,768.78 | 0.00 |
| 3. | American Home Mtg Servicing | Secured | 24,000.00 | 0.00 |
| 4. | Harris Trust & Savings Bank | Secured | 2,500.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 214.50 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,586.66 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,023.24 | 0.00 |
| 8. | Federated Retail Holdings Inc | Unsecured | 667.09 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 6,354.21 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 313.65 | 0.00 |
| 11. | Wells Fargo Financial | Unsecured | 840.11 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 10,424.37 | 0.00 |
| 13. | B-Real LLC | Unsecured | 4,119.93 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 21.10 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 1,198.54 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 3,080.38 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 7,516.12 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 437.73 | 0.00 |
| 19. | Barbato & Zbiegien MD | Unsecured | 330.00 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 17,693.36 | 0.00 |
| 21. | Barbato & Zbiegien MD | Unsecured | 598.00 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 5,794.83 | 0.00 |
| 23. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 24. | AFNI | Unsecured |  | No Claim Filed |
| 25. | Biblical Counseling Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Slawson, Michael A

Printed: 12/19/07

Case Number: 07 B 14763
Judge: Squires, John H
Filed: 8/15/07

| | | | |
|---|---|---|---|
| 26. ACC International | Unsecured | | No Claim Filed |
| 27. Alliance One | Unsecured | | No Claim Filed |
| 28. Behavioral Health | Unsecured | | No Claim Filed |
| 29. CCB Services | Unsecured | | No Claim Filed |
| 30. Hsbc Nv | Unsecured | | No Claim Filed |
| 31. I C Systems Inc | Unsecured | | No Claim Filed |
| 32. Monitronics | Unsecured | | No Claim Filed |
| 33. Midwest Open MRI | Unsecured | | No Claim Filed |
| 34. NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. RPM Inc | Unsecured | | No Claim Filed |
| 36. World Financial Network Nat'l | Unsecured | | No Claim Filed |

$ 102,482.60        $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

